**Marjorie K. RAJANNA, Respondent,**

v.

**Krishna RAJANNA, Appellant.**

**No. WD 43206.**

Missouri Court of Appeals,
Western District.

April 16, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 1991.

Application to Transfer Denied
July 23, 1991.

Krishna Rajanna, pro se.

Regina Keelan Bass, Kansas City, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

ORDER

PER CURIAM.

Krishna Rajanna appeals the trial court's order determining and dividing marital property, setting maintenance, child support and child custody.

Judgment affirmed. Rule 84.16(b).